# Transmission Log

| | | | | | Wednesday, 2022-02-23  16:13 | | 1 |
|---|---|---|---|---|---|---|---|
| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pgs | Status |
| 2022-02-23 | 16:12 | SCAN | 18621 | 0:28 | 9600 | 19855904624 | 1 | OK -- V.29 IB31 |



**Annette Fontana**
Clerk of Court
17th Judicial District
Parish of Lafourche

P.O. Box 818
Thibodaux, La 70302
Telephone: (985) 447-4841
Fax: (985) 447-5800
lafourcheclerk.com

### FAX RECEIPT

FROM: CIVIL DEPARTMENT                    Date: February 23, 2022

FAX NUMBER: 985-590-4624                  DOCKET NUMBER: C-144342

To: BRAUD & GALLAGHER                     Division: A

SHELLI ANN KOCH, AS THE NATURAL TUTRIX OF ▮▮▮▮▮, MINOR SON OF DANA LEE BURT, DECEASED VS ROTORCRAFT LEASING COMPANY, LLC

**Total Amount Due (Includes all applicable fees below) $375.00**

| | |
|---|---|
| 45-COVER SHEET | 1 PAGE |
| 34-LETTER | 1 PAGE |
| 1003-PETITION-DAMAGES | 4 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 2/23/2022, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax-transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars  13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.

SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).

IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.



ANNETTE M. FONTANA
CLERK OF COURT

*Holly F. Simoneaux*

Deputy Clerk of Court
Lafourche Parish

**EXHIBIT A**

To: +19854475800  Page: 1 of 6  2022-02-23 15:13:28 CST  19855904624  From: Connie Blue

**Lafourche Parish Clerk of Court  C-144342**
**Filed Feb 23, 2022 4:01 PM        A**
**Holly T. Simoneaux**
**Deputy Clerk of Court**

## FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 19854475800 |
| FROM | Connie Blue |
| DATE | 2/23/2022 3:13:01 PM CST |
| RE | Regarding: Burt, Lucas |

**COVER MESSAGE**

Clerk, Please see self-explanatory correspondence and pleading to be fax filed.

Sincerely,

*Connie R. Blue*
Paralegal
Braud & Gallagher, LLC
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Direct Line: (985) 869-7013
Telephone: (985) 778-0771
Facsimile: (985) 590-4624
Toll Free: (800) 256-5674
connieb@braudandgallagher.com
www.braudandgallagher.com

BRAUD GALLAGHER
personal injury & maritime



CONFIDENTIALITY NOTICE

This e-mail, and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom they are addressed. This communication may contain information that is privileged attorney-client communication, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, distribution, printing, or copying of this e-mail, and any files transmitted with it, is strictly prohibited. If you received this e-mail in error, please immediately delete or destroy all copies or versions you have of this message and notify the sender by return e-mail, or by telephone at (985) 778-0071, in order that we may take steps to prevent any further inadvertent disclosures. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

Lafourche Parish Clerk of Court  C-144342
Filed Feb 23, 2022 4:01 PM          A
Holly T. Simoneaux
Deputy Clerk of Court

# BRAUD | GALLAGHER
personal injury & maritime

Attorneys at Law
111 N. Causeway Boulevard, Ste. 201
Mandeville, Louisiana 70448

C. Arlen Braud, II*
Michelle O. Gallagher
Steven D. Jackson
*Admitted in Texas

Telephone: (985) 778-0771
Facsimile: (985) 778-0781
arlen@braudgallagher.com
michelle@braudgallagher.com
steven@braudgallagher.com

February 23, 2022

<u>*VIA FACSIMILE: (985) 447-5800*</u>
<u>*AND U.S. FIRST CLASS MAIL:*</u>
Annette M. Fontana
Lafourche Parish Clerk
Post Office Box 818
Thibodaux, Louisiana 70302

RE: *Shelli Ann Koch, as the Natural Tutrix of ▮▮▮▮▮▮▮▮▮▮, Minor Son of Dana Lee Burt, Deceased and as Administratrix of the Estate of Dana Lee Burt v. Rotorcraft Leasing Co., LLC*

Dear Clerk:

Please find enclosed *Petition for Damages and Filation of the Minor Child, ▮▮▮▮▮ ▮▮ to Dana Lee Burt, Deceased* which we are submitting on behalf of Plaintiffs for fax filing. Please fax the confirmation sheet and filing fees to (985) 590-4624 once same has been filed. Please also return a conformed copy to us in the self-addressed stamped envelope. I am mailing the original along with payment for filing.

If you have any questions, please contact our office.

With best regards,

Connie R. Blue
Connie R. Blue, Paralegal to
C. Arlen Braud, II

cb
Enclosures

Lafourche Parish Clerk of Court C-144342
Filed Feb 23, 2022 4:01 PM    A
Holly T. Simoneaux
Deputy Clerk of Court

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO.                                              DIVISION

SHELLI ANN KOCH, as the Natural Tutrix of ▮▮▮▮▮▮▮▮▮▮▮,
Minor son of DANA LEE BURT, Deceased, AND as Administratrix of the
ESTATE OF DANA LEE BURT

VERSUS

ROTORCRAFT LEASING COMPANY, LLC

FILED:_____              _____
                                                DEPUTY CERK

**PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD,
LUCAS DWAYN BURT TO DANA LEE BURT, Deceased**

NOW INTO COURT, through undersigned counsel, comes Petitioner, SHELLI ANN KOCH, as the Tutrix of ▮▮▮▮▮▮▮▮▮▮▮, minor son of DANA LEE BURT, Deceased AND in her capacity as Administratrix of the Estate of Dana Lee Burt, (hereinafter referred to as "Petitioner"), a person of the full age of majority, domiciled in the Parish of Vermilion, State of Louisiana who respectfully represents the following:

I. PETITION FOR DAMAGES

1.

Made Defendant herein is ROTORCRAFT LEASING COMPANY, LLC ( hereinafter referred to as RLC), a foreign limited liability company authorized and doing business in the State of Louisiana.

2.

On or about January 14, 2022, a Bell 407 helicopter, registration no. N167RL owned, operated, maintained, inspected and/or repaired by Defendant, and being piloted by its employee, Dylan Horn, crashed in the marsh in Lafourche Parish at location 29.49175 N and 90.427856 W causing the death of Dana Lee Burt and the pilot.

3.

The helicopter was transporting Dana Lee Burt from EnVen Energy Platform MC194A located in the Gulf of Mexico to 4418 Helicopter Road, Patterson, Louisiana when it crashed.

4.

At all times pertinent hereto, Dylan Horn, was employed by Defendant and was acting in the course and scope of his employment at the time of the crash.

5.

Defendant, RLC, and its employee, at all times prior to and during the flight, had exclusive control and management of the helicopter in which Decedent was riding as a passenger.

6.

The crash resulting in Decedent's injury and death was such that in the ordinary course of events it would not have occurred had the Defendant exercised proper care.

7.

The helicopter crash and corresponding death of Dana Lee Burt resulted from the negligence and/or fault of Defendant, RLC, and/or its employee, in the following but not exclusive particulars:

A. Negligence in the operation of the helicopter;
B. Negligence in the maintenance of the helicopter;
C. Operating the helicopter in an unsafe manner;
D. Inadequate supervision of the pilot;
E. Failure to properly train its employees;
F. Failure of employees of Defendant to inspect, maintain, and/or repair the helicopter prior to the crash;
G. Any other acts or omissions as will be shown at trial, all of which were in contravention of the exercise of due care, prudence and applicable ordinances and/or laws, which are specifically pleaded herein as if copied in extenso.

8.

Petitioner alleges that Dana Lee Burt survived the negligence of Defendant and suffered for a time before he died. Therefore Petitioner, on behalf of the ESTATE OF DANA LEE BURT, is entitled to a reasonable sum for pre-death fear, pain and suffering, and mental anguish of Dana Lee Burt, and any other elements of damage for a survival action.

9.

Petitioner asserts that ▮▮▮▮▮▮▮▮▮▮ has suffered damages due to the wrongful death of his father, Dana Lee Burt, including but not limited to:

A. Loss of love and affection and personal grief and sorrow, mental anguish and grief of ▮▮▮▮▮▮▮▮▮▮ due to the death of his father, Dana Lee Burt;

   B. Loss of support and loss of services to ▮▮▮▮▮▮;

   C. Loss of fatherly guidance, advice and emotional support;

   D. Loss of financial support;

   E. Loss of companionship;

   F. Loss of attention to routine physical and mental comfort;

   G. Any other damages as will be proven at trial.

10.

Petitioner requests and is entitled to a trial by jury.

## II. FILATION OF THE MINOR CHILD, ▮▮▮▮▮▮▮▮▮▮ TO DANA LEE BURT

11.

▮▮▮▮▮▮▮▮ was born on August 14, 2007 and is the biological child of Petitioner, Shelli Ann Koch and Decedent, Dana Lee Burt. Shelli Ann Koch and Dana Lee Burt were never married.

12.

Petitioner, Shelli Ann Koch, as Tutrix of the minor child, ▮▮▮▮▮▮▮▮, brings this action on behalf of ▮▮▮▮▮▮▮▮, and prays for filiation of the minor child, ▮▮▮▮▮▮▮▮, pursuant to Louisiana Civil Code Article 197.

13.

Prior to his death, Dana Lee Burt acknowledged ▮▮▮▮▮▮ as his biological son. Dana Lee Burt recognized ▮▮▮▮▮▮ as his child unequivocally and repeatedly, and it is the reputation in the community where Dana Lee Burt lived that ▮▮▮▮▮▮ is the biological son of Dana Lee Burt.

WHEREFORE, Petitioner, Shelli Ann Koch, as the Tutrix of ▮▮▮▮▮▮ AND as Administratrix of the Estate of Dana Lee Burt, pray that a copy of the above and foregoing petition be duly served on Defendant, ROTORCRAFT LEASING COMPANY, LLC, and that after all delays, and due proceedings, there be judgment herein in favor of Petitioner, Shelli Ann Koch, as the Tutrix of ▮▮▮▮▮▮ AND as Administratrix of the Estate of Dana Lee Burt, and against Defendant, ROTORCRAFT LEASING COMPANY, LLC for all damages that are reasonable under the premises, all general and equitable relief, judicial interest from date of judicial demand until paid, and all costs of these proceedings.

Petitioner prays for a trial by jury.

Petitioner further prays for judgment filating and recognizing ███████████ as the son of Dana Lee Burt, pursuant to Louisiana Civil Code Article 197.

Respectfully submitted,

*[signature]*

C. ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
STEVEN D. JACKSON, #35841
Braud & Gallagher, LLC
111 N. Causeway Blvd., Suite 201
Mandeville, Louisiana 70448
Telephone: (985) 778-0771
Facsimile: (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
*Attorneys for Petitioners, Shelli Ann Koch, as the Tutrix of ███████████, and as Administratrix of the Estate of Dana Lee Burt*

PLEAES SERVE:

ROTORCRAFT LEASING COMPANY, LLC
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, La. 70802

| Mailing Address | **Annette M. Fontana** | Physical Address |
|---|---|---|
| P.O. Box 818 | **Clerk of Court** | 303 West 3rd Street |
| Thibodaux, LA 70302 | **17th Judicial District Court** | Thibodaux, LA 70301 |
|  | **Parish of Lafourche** |  |

March 7, 2022

HON. SID J. GAUTREAUX, III
SHERIFF, PARISH OF EAST BATON ROUGE
PO BOX 3277
BATON ROUGE, LA 70802

RE: SHELLI ANN KOCH, AS THE NATURAL
TUTRIX OF ▮▮▮▮▮▮▮▮ MINOR
SON OF DANA LEE BURT, DECEASED
VS
ROTORCRAFT LEASING COMPANY, LLC
DOCKET NUMBER: C-144342

Dear Sir:

Enclosed, please find papers to be served on

ROTORCRAFT LEASING COMPANY, LLC
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**NOTE: CHECK ENCLOSED FOR SERVICE.**

Would you please make service.

Sincerely,

ANNETTE M. FONTANA
CLERK OF COURT

*Lezlo LeBoeuf*

Deputy Clerk of Court
Lafourche Parish


D2567436

Mailing Address
P.O. Box 818
Thibodaux, LA 70302

**Annette M. Fontana**
**Clerk of Court**

Physical Address
303 West 3rd Street
Thibodaux, LA 70301

## CITATION

| | |
|---|---|
| SHELLI ANN KOCH, AS THE NATURAL TUTRIX OF ▮▮▮▮▮▮▮▮, MINOR SON OF DANA LEE BURT, DECEASED<br>VS<br>ROTORCRAFT LEASING COMPANY, LLC<br>DOCKET NUMBER: C-144342 | SEVENTEENTH JUDICIAL DISTRICT<br><br>PARISH OF LAFOURCHE<br><br>STATE OF LOUISIANA<br><br>DIVISION A |

TO:  ROTORCRAFT LEASING COMPANY, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within twenty-one (21) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, **March 7, 2022.**



ANNETTE M. FONTANA
CLERK OF COURT

*Lezlo LeBoeuf*

Deputy Clerk of Court
Lafourche Parish

BRAUD & GALLAGHER
ATTORNEYS AT LAW
111 NORTH CAUSEWAY BLVD., STE. 201
MANDEVILLE LA 70448

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____<br>Day of _____, 20___<br>Service:_____<br>Mileage:_____ | On _____ by<br>Leaving the same with _____<br><br>On the ___ day of<br>_____, 20_____<br>Service:_____<br>Mileage:_____ |
| Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish |

**RETURN COPY**

| Mailing Address<br>P.O. Box 818<br>Thibodaux, LA 70302 | **Annette M. Fontana**<br>Clerk of Court<br>17th Judicial District Court<br>Parish of Lafourche | Physical Address<br>303 West 3rd Street<br>Thibodaux, LA 70301 |
|---|---|---|

March 7, 2022

C. ARLEN BRAUD, II.
BRAUD & GALLAGHER
111 NORTH CAUSEWAY BLVD., STE. 201
MANDEVILLE, LA 70448

                                      In Re: SHELLI ANN KOCH, AS THE NATURAL
                                           TUTRIX OF ▮▮▮▮▮▮▮▮▮▮
                                           MINOR SON OF DANA LEE BURT,
                                           DECEASED
                                           VS
                                           ROTORCRAFT LEASING COMPANY,
                                           LLC

                                         DOCKET NUMBER: C-144342

Dear Mr. Braud, II.,

      Act 706 of the 2010 regular session requires that certain information from certain types of lawsuits be submitted to the Louisiana Supreme Court for Preservation and Compilation of statistical information.

      Attorney for the plaintiff is required to complete the reporting form and to file it with the Clerk of Court at the same time the lawsuit is filed. We have not received the reporting form with your lawsuit.

      Pursuant to Act 706, we are attaching a copy of the form to be completed in the above captioned matter and also a copy of Act 706. Please complete and return the reporting form to our office as soon as possible.

                                                    Sincerely,

                                                    ANNETTE M. FONTANA
                                                    CLERK OF COURT

                                                    */s/ Lezlo LeBoeuf*

                                                    Deputy Clerk of Court

Lafourche Parish Clerk of Court C-144342
Filed Mar 02, 2022 10:00 AM    A
Rita B. Thibodaux
Deputy Clerk of Court
FAX Received Feb 23, 2022

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. C 144342    DIVISION A

SHELLI ANN KOCH, as the Natural Tutrix of ███████████,
Minor son of DANA LEE BURT, Deceased, AND as Administratrix of the
ESTATE OF DANA LEE BURT

VERSUS

ROTORCRAFT LEASING COMPANY, LLC

FILED: 2/23/22        _____
                          DEPUTY CERK

**PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD,
███████████ TO DANA LEE BURT, Deceased**

NOW INTO COURT, through undersigned counsel, comes Petitioner, SHELLI ANN KOCH, as the Tutrix of ███████████, minor son of DANA LEE BURT, Deceased AND in her capacity as Administratrix of the Estate of Dana Lee Burt, (hereinafter referred to as "Petitioner"), a person of the full age of majority, domiciled in the Parish of Vermilion, State of Louisiana who respectfully represents the following:

**I. PETITION FOR DAMAGES**

1.

Made Defendant herein is ROTORCRAFT LEASING COMPANY, LLC ( hereinafter referred to as RLC), a foreign limited liability company authorized and doing business in the State of Louisiana.

2.

On or about January 14, 2022, a Bell 407 helicopter, registration no. N167RL owned, operated, maintained, inspected and/or repaired by Defendant, and being piloted by its employee, Dylan Horn, crashed in the marsh in Lafourche Parish at location 29.49175 N and 90.427856 W causing the death of Dana Lee Burt and the pilot.

3.

The helicopter was transporting Dana Lee Burt from EnVen Energy Platform MC194A located in the Gulf of Mexico to 4418 Helicopter Road, Patterson, Louisiana when it crashed.

4.

At all times pertinent hereto, Dylan Horn, was employed by Defendant and was acting in the course and scope of his employment at the time of the crash.

5.

Defendant, RLC, and its employee, at all times prior to and during the flight, had exclusive control and management of the helicopter in which Decedent was riding as a passenger.

6.

The crash resulting in Decedent's injury and death was such that in the ordinary course of events it would not have occurred had the Defendant exercised proper care.

7.

The helicopter crash and corresponding death of Dana Lee Burt resulted from the negligence and/or fault of Defendant, RLC, and/or its employee, in the following but not exclusive particulars:

A. Negligence in the operation of the helicopter;

B. Negligence in the maintenance of the helicopter;

C. Operating the helicopter in an unsafe manner;

D. Inadequate supervision of the pilot;

E. Failure to properly train its employees;

F. Failure of employees of Defendant to inspect, maintain, and/or repair the helicopter prior to the crash;

G. Any other acts or omissions as will be shown at trial, all of which were in contravention of the exercise of due care, prudence and applicable ordinances and/or laws, which are specifically pleaded herein as if copied in extenso.

8.

Petitioner alleges that Dana Lee Burt survived the negligence of Defendant and suffered for a time before he died. Therefore Petitioner, on behalf of the ESTATE OF DANA LEE BURT, is entitled to a reasonable sum for pre-death fear, pain and suffering, and mental anguish of Dana Lee Burt, and any other elements of damage for a survival action.

9.

Petitioner asserts that ▮▮▮▮▮▮▮▮▮▮ has suffered damages due to the wrongful death of his father, Dana Lee Burt, including but not limited to:

A. Loss of love and affection and personal grief and sorrow, mental anguish and grief of ▮▮▮▮▮▮▮▮▮▮ due to the death of his father, Dana Lee Burt;

  B. Loss of support and loss of services to ▆▆▆▆▆▆▆;

  C. Loss of fatherly guidance, advice and emotional support;

  D. Loss of financial support;

  E. Loss of companionship;

  F. Loss of attention to routine physical and mental comfort;

  G. Any other damages as will be proven at trial.

10.

Petitioner requests and is entitled to a trial by jury.

**II. FILATION OF THE MINOR CHILD, ▆▆▆▆▆▆▆▆▆▆▆ TO DANA LEE BURT**

11.

▆▆▆▆▆▆▆▆▆▆ was born on August 14, 2007 and is the biological child of Petitioner, Shelli Ann Koch and Decedent, Dana Lee Burt. Shelli Ann Koch and Dana Lee Burt were never married.

12.

Petitioner, Shelli Ann Koch, as Tutrix of the minor child, ▆▆▆▆▆▆▆▆, brings this action on behalf of ▆▆▆▆▆▆▆▆, and prays for filiation of the minor child, ▆▆▆▆▆▆▆▆▆, pursuant to Louisiana Civil Code Article 197.

13.

Prior to his death, Dana Lee Burt acknowledged ▆▆▆▆▆▆▆▆ as his biological son. Dana Lee Burt recognized ▆▆▆▆▆▆▆▆ as his child unequivocally and repeatedly, and it is the reputation in the community where Dana Lee Burt lived that ▆▆▆▆▆▆▆▆ is the biological son of Dana Lee Burt.

  WHEREFORE, Petitioner, Shelli Ann Koch, as the Tutrix of ▆▆▆▆▆▆▆▆ AND as Administratrix of the Estate of Dana Lee Burt, pray that a copy of the above and foregoing petition be duly served on Defendant, ROTORCRAFT LEASING COMPANY, LLC, and that after all delays, and due proceedings, there be judgment herein in favor of Petitioner, Shelli Ann Koch, as the Tutrix of ▆▆▆▆▆▆▆▆ AND as Administratrix of the Estate of Dana Lee Burt, and against Defendant, ROTORCRAFT LEASING COMPANY, LLC for all damages that are reasonable under the premises, all general and equitable relief, judicial interest from date of judicial demand until paid, and all costs of these proceedings.

Petitioner prays for a trial by jury.

Petitioner further prays for judgment filating and recognizing ▌▌▌▌▌▌▌▌▌▌ as the son of Dana Lee Burt, pursuant to Louisiana Civil Code Article 197.

Respectfully submitted,

*[signature]*

C. ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
STEVEN D. JACKSON, #35841
Braud & Gallagher, LLC
111 N. Causeway Blvd., Suite 201
Mandeville, Louisiana 70448
Telephone: (985) 778-0771
Facsimile: (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
*Attorneys for Petitioners, Shelli Ann Koch, as the Tutrix of ▌▌▌▌▌▌▌▌ and as Administratrix of the Estate of Dana Lee Burt*

PLEAES SERVE:

ROTORCRAFT LEASING COMPANY, LLC
Through its registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, La. 70802

Lafourche Parish Clerk of Court C-144342
Filed Mar 02, 2022 10:00 AM  A
Rita B. Thibodaux
Deputy Clerk of Court
FAX Received Feb 23, 2022

# BRAUD | GALLAGHER
personal injury & maritime

Attorneys at Law
111 N. Causeway Boulevard, Ste. 201
Mandeville, Louisiana 70448

C. Arlen Braud, II*
Michelle O. Gallagher
Steven D. Jackson
*Admitted in Texas

Telephone: (985) 778-0771
Facsimile: (985) 778-0781
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com

February 23, 2022

<u>*VIA FACSIMILE: (985) 447-5800*
*AND U.S. FIRST CLASS MAIL:*</u>
Annette M. Fontana
Lafourche Parish Clerk
Post Office Box 818
Thibodaux, Louisiana 70302

> RE: Shelli Ann Koch, as the Natural Tutrix of ▮▮▮▮▮, Minor Son of Dana Lee Burt, Deceased and as Administratrix of the Estate of Dana Lee Burt v. Rotorcraft Leasing Co., LLC

Dear Clerk:

Please find enclosed *Petition for Damages and Filation of the Minor Child, ▮▮▮▮▮ to Dana Lee Burt, Deceased* which we are submitting on behalf of Plaintiffs for fax filing. Please fax the confirmation sheet and filing fees to (985) 590-4624 once same has been filed. Please also return a conformed copy to us in the self-addressed stamped envelope. I am mailing the original along with payment for filing.

If you have any questions, please contact our office.

With best regards,

Connie R. Blue, Paralegal to
C. Arlen Braud, II

cb
Enclosures


D2567436

Mailing Address
P.O. Box 818
Thibodaux, LA 70302

**Annette M. Fontana**
**Clerk of Court**

Physical Address
303 West 3rd Street
Thibodaux, LA 70301

## CITATION

SHELLI ANN KOCH, AS THE NATURAL TUTRIX OF ▮▮▮▮▮▮▮▮▮▮, MINOR SON OF DANA LEE BURT, DECEASED

VS

ROTORCRAFT LEASING COMPANY, LLC

DOCKET NUMBER: C-144342

SEVENTEENTH JUDICIAL DISTRICT

PARISH OF LAFOURCHE

STATE OF LOUISIANA

DIVISION A

TO: ROTORCRAFT LEASING COMPANY, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES AND FILATION OF THE MINOR CHILD** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within twenty-one (21) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, March 7, 2022.



ANNETTE M. FONTANA
CLERK OF COURT

*Lezlo LeBoeuf*

Deputy Clerk of Court on the named party through the
Lafourche Parish CORPORATION SERVICE COMPANY

RECEIVED
MAR 1 8 2022
STFRO3 SHERIFF'S OFFICE

MAR 2 1 2022
by tendering a copy of this document to
MELISSA HARDIN

BRAUD & GALLAGHER
ATTORNEYS AT LAW
111 NORTH CAUSEWAY BLVD., STE 203
MANDEVILLE LA 70448

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20___
Service: _____
Mileage: _____

DOMICILIARY SERVICE M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

On _____ by
Leaving the same with _____
_____
On the ___ day of
_____, 20___
Service: _____
Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish

Dty. Sheriff EAST BATON ROUGE Parish

**RETURN COPY**